UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KING WILLIAM COFFEE,

Petitioner,

v.

MICHAEL O'KEEFE,
Minnesota Commissioner of
Human Services,

Respondent.

Civil No. 01-878 (RHK/FLN)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, claiming that he is being unlawfully held in custody by Respondent, the Minnesota Commissioner of Human Services.

Respondent is directed to make a return in writing within 20 days from the date of this order, certifying the true cause of Petitioner's continuing custody, and showing cause why a writ of habeas corpus should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's continuing custody;

2. A reasoned memorandum of law and fact setting forth Respondent's position on the claims raised in the petition, and Respondent's recommendation as to the need for an evidentiary hearing in this matter;

3. Certified copies of all court records and other documents that may be germane to the issues raised in the petition.

FILED MAY 2 9 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Absent compliance with this order within the 20 day time period, the Court will entertain a motion to grant the relief prayed for in said petition.

IT IS FURTHER ORDERED that upon the filing of the foregoing, the parties shall await the further order of this Court.

Dated: May 29, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge