# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

King William Coffee,

Petitioner,

v.

Civil No. 01-878 (RHK/FLN)

Michael O'Keefe, Commissioner of Human Services,

**ORDER**

Respondent.

Before the Court are Petitioner's Objections to the December 5, 2001 Report and Recommendation of Chief Magistrate Judge Franklin L. Noel. The undersigned has conducted the required de novo review of the matter and concluded that Judge Noel's determination is supported by the record and applicable legal principles.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 10) are **OVERRULED**;
2. The Report and Recommendation (Doc. No. 9) is **ADOPTED**; and
3. Petitioner's Application for a Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED WITH PREJUDICE**.

Dated: January 31, 2001

RICHARD H. KYLE
United States District Judge

FILED JAN 31 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 31 2002