UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

King William Coffee,

Petitioner,

v.

Michael O'Keefe,

Respondent.

Civil 01-878 RHK/FLN

ORDER

The Petitioner in the above referenced case has filed a Notice of Appeal from this Court's Order denying him habeas corpus relief, and a Motion for a Certificate of Appealability. Section 2253 of Title 28 United States Code provides that no appeal may be taken in a case such as this unless a circuit justice or judge issues a Certificate of Appealability. A Certificate of Appealability can issue only if the "applicant has made a substantial showing of the denial of a constitutional right." Petitioner here has failed to make any such substantial showing.

Petitioner is a civil commitment patient who was confined after he was found not guilty of second degree murder by reason of mental illness. The facts giving rise to his commitment were that, during an acute psychotic episode in 1990, he drove his car into group of children, killing a 10 year old girl. His state court commitment was affirmed by the Minnesota Court of Appeals and review was denied by the Minnesota Supreme Court. Pursuant to the state commitment statute, Petitioner sought to be discharged from confinement. He was denied relief in the state courts, and the United States Supreme Court denied certiorari on May 22, 2000.

In the instant federal habeas action filed in May 2001, Petitioner contends that his continued confinement denies him his liberty without due process of law in violation of the Fourteenth Amendment to the United States Constitution. As discussed in the Report & Recommendation adopted by this Court, the Minnesota State Court judgment is not contrary to clearly established federal law, as determined by the Supreme Court of the United States, nor was it based upon an unreasonable determination of facts in light

APR 01 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

of the evidence presented in the state court proceeding, nor did it involve an unreasonable application of clearly established federal law. 28 United States Code, Section 2254(d).

An unsuccessful habeas corpus applicant is entitled to a Certificate of Appealability under Section 2253 only if he can "demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473 (2000). As Petitioner here has failed to make the necessary showing, his Motion for a Certificate of Appealability is DENIED [#17].

DATED: 4/1, 2002.

JUDGE RICHARD H. KYLE
United States District Court